Case No: _____   Inmate Name: Eric Swain Johnson

Date: 3 JAN 2018   Inmate IDOC#: 112198

ERIC SWAIN JOHNSON #27751   Document Title: PRISONER COMPLAINT

*(full name/prisoner number)*   Total Pages: 6   Inmate Initials Verifying Page Count: ESJ

219 N. 12TH AVE

CALDWELL IDAHO 83605   Document(s) 1 of 1

_____

*(complete mailing address)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

ERIC SWAIN JOHNSON ,

*(full name)*

Plaintiff,

v.

SHERIFF KIERHAN DONAHUE
CAPT. WARD
LT. KIEHL
LT. STAFFORD

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.   1:18-cv-14-REB
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ⊘ Yes   ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- [✓] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- [ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- [ ] Other federal statute *(specify)* _____; or diversity of citizenship.
- [ ] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is ERIC SWAIN JOHNSON . I am a citizen of the State of IDAHO ,

presently residing at CANYON COUNTY DETENTION CENTER .

**PRISONER COMPLAINT - p. 1_**   *(Rev. 10/24/2011)*

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1.  I am suing _Sheriff Kierhan Donahue_, who was acting as _Sheriff_
        *(defendant)*                                                                                        *(job title, if a person; function, if an entity)*

for the    _County of Canyon_                                                                            .
        *(state, county, city, federal government, or private entity performing a public function)*

2.  *(Factual Basis of Claim)* I am complaining that on _14 Sept 2017 - 13 Dec 2017_, Defendant did
        *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: _Sheriff Kierhan Donahue being the sheriff of Canyon County Jail, knowingly allowed these events to take place. Mr. Donahue acting under color of state law presiding as sheriff had custody of me on the dates between 14 Sept 2017 - 13 Dec 2017 in so doing, he is responsible for what takes place in the Canyon County Detention Center._
(See attached page)

3.  *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: _42 U.S.C. 8th Amendment, Deliberate Indifference Cruel and Unusual Punishment 1st Amendment Freedom of Religion_

4.  I allege that I suffered the following injury or damages as a result:
_① Further loss of hearing_
_② Mental and emotional distress (severe)_
_③ Increased paranoia, extreme mental trauma_
_④ Hindering my religious and spiritual growth_

5.  I seek the following relief: _Money damages, punitive damages and injunctive relief_

6.  I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7.  For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

P1                    Cause of Action

On Oct 7-10 2017 I was in The Medical
Isolation Unit at Canyon County Jail. I was
in a cell at one Point with 4 other inmates.
I was Given a mat and Blanket and a
Spot To Sleep On The Concrete Floor Next
To The Only Toilet in The Cell for all us
of To Use. We Were Not Given Hand Soap
To Wash Our Hands After Urinating and
Deficating, We Were Given Our Meals To eat
On The Floor in Unsanitary Conditions like
This. At No Time While in Med-Iso Did I
Have Any Positive Human interaction with Qualified
Medical Staff, Classes, a Book To Read, Recre-
ation Time, Or Anything To Promote A Healthy
Mental State of Mind. I was Not Allowed To
Wear Clothing and Forced To Eat Meals, Sleep,
And Sit On The Floor with my Genitals
Partially Exsposed. I was offered a Shower
Once a Day But Not Given Deodorant And By
The 3rd Day Began To Smell My Own Body Odor.
I Returned To The Unit To Which I was
Assigned Before Going To Med-Iso And Began
To Request My Hearing Aids And Was Denied
On Many Occassions For Various Reasons

P2  Continued

I followed Protocol and Exhausted the Grievance Process. I was moved to another Unit due to an altercation with an inmate who also has Mental issues, and while on this Unit I noticed that we were never offered the Opportunity to attend Church Services of Programs, even though we were Supposedly Classied at the Same level as another Unit which was allowed to Program and attend Church Services. I followed Protocol and Grieved and appealed this issue as well with no change. The hearing Aids issue was particularly disturbing, I am a Veteran and was Just Awarded my V.A. Benefits prior to my arrest. I conveyed this to the Highest level I could Reach (Capt. Ward). It wasn't Until I pressed Forward with a Lawsuit did Anyone make an Attempt to Assist Me.

## D.  PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| Civil |  | TORT CLAIM | PENDING | NO |
| Civil |  | 1983 Civil RIGHTS | PENDING | NO |
|  |  |  |  |  |

## E.  REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊘  do not ◯  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I AM NOT CAPABLE of PURSUING THIS CASE ON MY OWN
BECAUSE I DO NOT POSSESS A lAW DEGREE

## F.  DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____*(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date);* OR *(specify other method)* _____.

Executed at _____ on _____.
               *(Location)*                                    *(Date)*

_____
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach* **original** *exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*